**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| John Schuster, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MNGI Digestive Health, P.A.,<br><br>Defendant. | Civil No. 24-2874 (DWF/DJF)<br><br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on October 23, 2024, (Doc. No. [8]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE,** with each part to bear its own costs and attorneys' fees.

Dated:  November 1, 2024            s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge